| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: **Southern District of Texas** (State) | |
| Case number *(if known)*: _____   Chapter __11__ | ☐ Check if this is an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's Name**

   **Barretts Minerals Inc.**

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   **None**

3. **Debtor's federal Employer Identification Number** (EIN)

   **13-3678715**

4. **Debtor's address**

   **Principal place of business**

   **8625 Highway 91 South**
   Number       Street

   **Dillon**     **MT**     **59725**
   City          State      Zip Code

   **Beaverhead**
   County

   **Mailing address, if different from principal place of business**

   **5605 North MacArthur Blvd.**
   Number       Street

   **Suite 1000, PMB 139**

   **Irving**     **TX**     **75038**
   City          State      Zip Code

   **Location of principal assets, if different from principal place of business**

   Number       Street

   City          State      Zip Code

5. **Debtor's website** (URL)

   https://www.mineralstech.com/business-segments/specialty-minerals/talc

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

---

Official Form 201                  Voluntary Petition for Non-Individuals Filing for Bankruptcy                  page 1
US-DOCS\145130088.7

| | | |
|---|---|---|
| 7. Describe debtor's business | A. *Check One:* | |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) | |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) | |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) | |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) | |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) | |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) | |
| | ☒ None of the above | |
| | B. *Check all that apply:* | |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) | |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) | |
| | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . **2123 (Nonmetallic Mineral Mining and Quarrying)** | |

| | | |
|---|---|---|
| 8. Under which chapter of the Bankruptcy Code is the debtor filing?<br><br>A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | *Check One:*<br>☐ Chapter 7<br><br>☐ Chapter 9<br><br>☒ Chapter 11.  *Check all that apply:*<br><br>☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br><br>☐ A plan is being filed with this petition.<br><br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br><br>☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br><br>☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br><br>☐ Chapter 12 | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☒ No<br>☐ Yes | District _____ | When _____<br>MM/DD/YYYY | Case number _____ | | |
| | | District _____ | When _____<br>MM/DD/YYYY | Case number _____ | | |
| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☒ Yes | Debtor **Barretts Ventures Texas LLC** | | Relationship **Affiliate** | | |
| | | District **Southern District of Texas** | | When: **10/2/2023**<br>MM / DD / YYYY | | |
| | | Case number, if known _____ | | | | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:* | |
| | ☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. | |
| | ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number    Street
_____
City            State    Zip Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
　　Contact name _____
　　Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　　　　☐ 1,000-5,000　　　　☐ 25,001-50,000
☐ 50-99　　　　☐ 5,001-10,000　　　☐ 50,001-100,000
☐ 100-199　　　☐ 10,001-25,000　　　☐ More than 100,000
☒ 200-999

**15. Estimated assets[1]**

☐ $0-$50,000　　　　　　☐ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　 ☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　  ☒ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　 ☐ $100,000,001-$500 million　 ☐ More than $50 billion

---

[1]  The amount of estimated assets represents the book value of the assets.

**Official Form 201**　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　page 3
US-DOCS\145130088.7

**16. Estimated liabilities[2]**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/2/2023__
MM/DD/YYYY

X _/s/ signature_
Signature of authorized representative of debtor

**David J. Gordon**
Printed name

Title **Chief Restructuring Officer**

**18. Signature of attorney**

X __/s/ John F. Higgins__
Signature of attorney for debtor

Date __10/2/2023__
MM/DD/YYYY

**John F. Higgins**

**Porter Hedges LLP**
Firm name

**1000 Main St., 36th Floor**
Number          Street

**Houston**          **TX**          **77002**
City                 State          ZIP Code

**(713) 226-6648**          **jhiggins@porterhedges.com**
Contact phone            Email address

**09597500**          **TX**
Bar number          State

---

[2] The amount of estimated liabilities does not include contingent or potential future liabilities.

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 4
US-DOCS\145130088.7

# BARRETTS MINERALS INC.

### ACTION BY UNANIMOUS WRITTEN CONSENT OF
### THE BOARD OF DIRECTORS

The undersigned, being all of the members of the Board of Directors (the "Board") of Barretts Minerals Inc., a Delaware corporation (the "Corporation"), pursuant to the General Corporation Law of the State of Delaware, do hereby consent to, authorize, adopt, approve, ratify, and confirm the following resolutions and actions described herein with respect to the Corporation by unanimous written consent, which shall have the same force and effect, for all purposes, as if such actions had been taken and adopted at a formal meeting:

*Approval of Bankruptcy Filing and Commencement of Chapter 11 Case*

WHEREAS, the Board has reviewed and considered the materials presented by the management and financial and legal advisors of the Corporation regarding the potential present and future liabilities of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's business;

WHEREAS, the Board has had the opportunity to consult with management and the legal and financial advisors of the Corporation to fully consider, and has considered, the strategic alternatives available to the Corporation;

WHEREAS, the Board has determined in its judgment that it is desirable and in the best interests of the Corporation and its creditors that the Corporation seek relief under the provisions of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"); and

WHEREAS, the Board desires to adopt and approve the following resolutions.

NOW, THEREFORE, BE IT RESOLVED, that the Board hereby approves the commencement of a case under chapter 11 of the Bankruptcy Code by the Corporation (the "Chapter 11 Case").

RESOLVED FURTHER, that the Corporation is, and each officer of the Corporation (each, an "Authorized Person"), on behalf of the Corporation, be, and each of them hereby is, acting singly, authorized to take all such steps and do all such acts and things as they shall deem necessary or advisable to commence the Chapter 11 Case, including, but not limited to, executing, verifying, and delivering a voluntary petition in the name of the Corporation under chapter 11 of the Bankruptcy Code and causing the same to be filed with the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), the making of any and all other necessary filings with the Bankruptcy Court and any other filings that such Authorized Persons determine to be necessary or advisable, the making and execution of any necessary or advisable instruments, certificates, affidavits, or other documents in connection therewith, the signing or endorsement of any checks, posting of any bonds, and the payment of any fees and expenses in connection therewith, and to take any and all action to make, execute, verify, and file all applications, certificates, documents, or other instruments and to do any and all acts and things that any one or more of them shall deem necessary, advisable, or appropriate in order to carry out the intent and purpose of any and all of the foregoing resolutions.

RESOLVED FURTHER, that the Corporation is, and each Authorized Person be, and hereby is, authorized, directed, and empowered, with full power of delegation, on behalf of and in the name of the Corporation, to execute, deliver, perform, verify, and/or file, or cause to be filed and/or executed, delivered, performed, or verified (or direct others to do so on their behalf as provided herein), and to amend, supplement, or otherwise modify from time to time, all necessary or appropriate documents, including, without limitation, petitions, affidavits, schedules, motions, lists, applications, pleadings, and other documents, agreements, and papers, including any and all loan agreements, notes, guaranties, security agreements, pledge agreements, and all other documents, agreements, or instruments as may be deemed necessary or appropriate by such Authorized Person, and to take any and all actions that such Authorized Person deems necessary or appropriate, each in connection with the Chapter 11 Case and any postpetition financing contemplated hereby or thereby.

### *Retention of Professionals*

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation, to employ and retain the law firm of Latham & Watkins LLP as legal counsel for the Corporation in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation, to employ and retain the law firm of Porter Hedges LLP as legal counsel for the Corporation in connection with the Chapter 11 Case, subject to Bankruptcy Court approval

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation, to employ and retain M3 Partners, LP as financial advisor to the Corporation in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation, to employ and retain Jefferies LLC as investment banker to the Corporation in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation, to employ and retain Stretto, Inc. as claims, noticing, and solicitation agent and administrative advisor to the Corporation in connection with the Chapter 11 Case, subject to Bankruptcy Court approval.

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, directed, and empowered, on behalf of and in the name of the Corporation, to employ and retain such further legal, restructuring, financial, accounting, and other professionals (together with the foregoing identified firms, the "Professionals") as may be deemed necessary or appropriate by any Authorized Person to assist the Corporation in carrying out its responsibilities in the Chapter 11 Case and achieving a successful reorganization.

*Debtor-in-Possession Financing*

RESOLVED FURTHER, that in connection with the Chapter 11 Case, the Board has determined that it is in the best interests of the Corporation to consummate the transactions under that certain senior secured super-priority debtor-in-possession credit facility consisting of a term loan credit facility of up to an aggregate principal amount of $30,000,000, to be evidenced by that certain Debtor-in-Possession Term Loan Facility Summary of Terms and Conditions, by and among, the Corporation, the guarantors party thereto, and JMB Capital Partners Lending, LLC and/or its designees or its assignees as the lender(s) party thereto (together with the exhibits and schedules annexed thereto, the "DIP Term Sheet") (subject to any such subsequent changes as may be approved pursuant to the delegation set forth herein, including any changes necessary and required to finalize the terms of the DIP Term Sheet) subject to approval by the Bankruptcy Court, which is necessary and appropriate to conduct the business of the Corporation during the pendency of the Chapter 11 Case (the "DIP Financing").

RESOLVED, FURTHER, that the Board hereby delegates to each Authorized Person the authority to approve the form, terms, and provisions of the DIP Term Sheet, including the use of proceeds to provide liquidity for the Corporation as needed in the Chapter 11 Case and such other uses as described in the DIP Term Sheet, any and all guarantees, security agreements, pledge agreements, reaffirmations, promissory notes, fee letters, escrow agreements, letters, notices, certificates, documents, financing statements, mortgages and instruments authorized, executed, delivered, reaffirmed, verified, and filed, registered, or recorded in connection with the DIP Financing (collectively, the "DIP Financing Documents") or that may be necessary, appropriate, desirable, or advisable in connection with the DIP Term Sheet and the transactions contemplated thereby or otherwise contemplated by the DIP Term Sheet or by any such other DIP Financing Document.

RESOLVED FURTHER, that any Authorized Person of the Corporation be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file, and record, and perform the obligations arising under, the DIP Term Sheet and any other DIP Financing Document, together with such other documents, agreements, instruments, and certificates as may be required by the DIP Term Sheet and any other DIP Financing Document, in accordance with the terms thereof.

RESOLVED FURTHER, that any Authorized Person of the Corporation, be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Corporation, to execute and deliver any amendments, supplements, modifications, renewals, replacements, consolidations, substitutions, and extensions of the DIP Term Sheet and any other DIP Financing Document and any related documents or instruments which shall, in such Authorized Person's sole judgment, be necessary, proper, or advisable.

RESOLVED FURTHER, that each of the Authorized Persons is hereby authorized to take such actions and to execute and deliver such agreements, affidavits and other instruments, as such Authorized Person shall deem necessary or appropriate to consummate the transactions contemplated by the DIP Financing Documents to which the Corporation is a party, or to cause the Corporation to perform as contemplated by the DIP Financing Documents to which the Corporation is a party.

*General Authorization and Ratification*

RESOLVED FURTHER, that each Authorized Person be, and hereby is, authorized, with full power of delegation, in the name and on behalf of the Corporation, to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and to amend, supplement, or otherwise modify from time to time, all such further agreements, documents, certificates, statements, notices, undertakings, and other writings, and to incur and to pay or direct payment of all such fees and expenses, as in the judgment of such Authorized Person shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of these resolutions.

RESOLVED FURTHER, that all acts lawfully done or actions lawfully taken by any Authorized Person or any of the Professionals in connection with the Chapter 11 Case or any proceedings related thereto, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Corporation.

RESOLVED FURTHER, that any and all actions, whether previously or subsequently taken by any Authorized Person or any other person authorized to act by an Authorized Person, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and the same hereby are, in all respects, ratified, approved, and confirmed.

*[Signature Page Follows]*

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the Board, as of the date(s) set forth below.

BOARD:

_____
D.J. Monagle, III
Date: October 1, 2023

_____
Arnaud Wisnia
Date: October 1, 2023

_____
Kevin Collins
Date: October 1, 2023

*[Signature Page to Unanimous Written Consent of the Board of Directors of Barretts Minerals Inc.]*

IN WITNESS WHEREOF, the undersigned, being all of the members of the Board, as of the date(s) set forth below.

**BOARD:**

_____
D.J. Monagle, III
Date: October 1, 2023

_____
Arnaud Wisnia
Date: October 1, 2023

_____
Kevin Collins
Date: October 1, 2023

*[Signature Page to Unanimous Written Consent of the Board of Directors of Barretts Minerals Inc.]*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

------------------------------------------------------------ x
:
In re: : Chapter 11
:
BARRETTS MINERALS INC., *et al.*,[1] : Case No. 23-_____ (___)
:
Debtors. : (Joint Administration Requested)
:
------------------------------------------------------------ x

### CONSOLIDATED LIST OF CREDITORS
### HOLDING TEN LARGEST UNSECURED CLAIMS

Barretts Minerals Inc. and Barretts Ventures Texas LLC (together, the "**Debtors**") each filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting, among other things, authority to file a consolidated list of creditors holding the ten largest unsecured claims (the "**Largest Unsecured Creditors List**"),[2] excluding parties asserting talc claims against Barretts Minerals Inc. Moreover, the Debtors have requested authority to file a separate list of the top twenty-six law firms with the most significant representations of parties asserting talc claims against Barretts Minerals Inc. determined by volume.

The Largest Unsecured Creditors List is based on the Debtors' books and records as of approximately September 30, 2023, and was prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in the Debtors' chapter 11 cases. The Largest Unsecured Creditors List does not include (i) persons who come within the definition of "insider"

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, 10th Floor, PMB 139, Irving, Texas 75030.

[2] The list of 10 largest unsecured claims is the entire list of creditors (other than talc claimants) known to the Debtors as of the date hereof. The Debtors intend to supplement this list on a postpetition basis (as applicable).

2

set forth in 11 U.S.C. § 101(31), or (ii) parties asserting talc claims against Barretts Minerals Inc. or the law firms representing those parties.

The information contained in the Largest Unsecured Creditors List shall not constitute an admission by, nor shall it be binding on, the Debtors.

Fill in this information to identify the case:

Debtor name: Barretts Minerals Inc., et al.

United States Bankruptcy Court for the: Southern District of Texas

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204
**Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 10 Largest Unsecured Claims and Are Not Insiders**                    12/15

A list of creditors holding the 10 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 10 largest unsecured claims.

| | Name of creditor | Complete mailing address, and employee, agents, or department familiar with claim | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | WESTERN STATES EQUIPMENT COMPANY | 3760 North Reserve<br>Missoula, MT 59806 | Bailey Griffith<br>bailey.griffith@wseco.com | Goods / Services | | | | $620,304.09 |
| 2 | MONTANA MINERALS TRANSPORTATION LLC | 105 Sterling Road<br>Norris, MT 59745 | Keith Hokanson<br>(406) 685-3573<br>keith@amwelles.com | Goods / Services | | | | $76,773.32 |
| 3 | UNION PACIFIC RAILROAD COMPANY | 1400 Douglas Street<br>Omaha, NE 68179 | Sheri H. Edison, General Counsel<br>(402) 544-0211 | Goods / Services | | | | $37,802.88 |
| 4 | METSO OUTOTEC USA INC | 20965 Crossroads Circle<br>Waukesha, WI 53186 | Nina Kiviranta, General Counsel<br>(480) 798-6309<br>gbs.na.ar@metso.com,<br>jim.hague@mogroup.com | Goods / Services | | | | $32,294.16 |
| 5 | REBISH/KONEN LIVESTOCK LIMITED PARTNERSHIP | 200 Airport Road<br>Dillon, MT 59725 | Catherine Konen<br>konen@bmt.net | Goods / Services | | | | $27,071.19 |
| 6 | BNSF RAILWAY COMPANY | 2650 Lou Menk Drive<br>Fort Worth, TX 76131-2830 | Jill Mulligan, Chief Legal Officer<br>(817) 230-2600<br>Jill.Mulligan@BNSF.com | Goods / Services | | | | $13,402.81 |
| 7 | A PLUS ELECTRIC MOTOR INC | 1430 Ethelyn Avenue<br>Billings, MT 59101 | Janelle McGraw<br>(406) 245-6191<br>fdealaman@ips.us | Goods / Services | | | | $6,122.63 |
| 8 | AMERICAN WELDING AND GAS INC | 4900 Fall of Neuse Rd Ste 150<br>Raleigh, NC 27609 | Jason Krieger, President & CEO<br>(919) 573-2900<br>chet.karsnia@awggases.com,<br>shane.gelling@amwelding.com | Goods / Services | Contingent and disputed | | | $5,913.63 |
| 9 | MOLLERS NORTH AMERICA INC | 5215 52nd Street Southeast<br>Grand Rapids, MI 49512-9702 | Mike Ingraham<br>(616) 942-7233<br>m.ingraham@mollersna.com | Goods / Services | | | | $1,009.16 |
| 10 | MULTIFAB INC | 3808 North Sullivan Road<br>Spokane Valley, WA 99216-1614 | Tim Smith, President<br>(800) 435-8210<br>bm@multifab.us | Goods / Services | | | | $77.56 |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------- x
:
In re:                                                    :    Chapter 11
                                                          :
BARRETTS MINERALS INC., *et al.*,[1]                      :    Case No. 23-_____ (___)
                                                          :
              Debtors.                                    :    (Joint Administration Requested)
                                                          :
---------------------------------------------------------- x

## DEBTORS' LIST OF THE TOP TWENTY-SIX LAW FIRMS REPRESENTING TALC CLAIMANTS

The following is a list (the "**Plaintiffs' Firms List**") of the twenty-six law firms with the most significant representations of parties asserting talc claims against Barretts Minerals Inc. (together with Barretts Ventures Texas LLC, the "**Debtors**") as determined by volume. Concurrently with these petitions, the Debtors have filed a motion seeking authority to file this Plaintiffs' Firms List and a consolidated list of creditors holding the ten largest unsecured claims (excluding talc claims) against the Debtors. The Plaintiffs' Firms List does not include any person or entity who is an "insider" of the Debtors under section 101(31) of title 11 of the United States Code. The Plaintiffs' Firms List was prepared with information existing as of September 30, 2023. The Debtors reserve the right to amend the Plaintiffs' Firms List based on additional information they may identify. The information contained in the Plaintiffs' Firms List shall not constitute an admission by, nor shall it be binding on, the Debtors.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, 10th Floor, PMB 139, Irving, Texas 75030.

| Name of Law Firm | Name, Telephone Number, Mailing Address, and E-mail of Law Firm Contact | Nature of Claim | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Set-off | Number of Pending Claims |
|---|---|---|---|---|
| The Gori Law Firm, P.C. | Attn: Sara M. Salger<br>156 N Main St.<br>Edwardsville, IL 62025<br>Email: sara@gorilaw.com<br>Phone: 618-247-4237 | Personal Injury | Disputed / Contingent / Unliquidated | 214 |
| Weitz & Luxenberg, P.C. | Attn: Perry Weitz<br>700 Broadway<br>New York, NY 10003<br>Email: pweitz@weitzlux.com<br>Phone: 212-558-5500 | Personal Injury | Disputed / Contingent / Unliquidated | 100 |
| Maune Raichle Hartley French & Mudd, LLC | Attn: Marcus Raichle<br>1015 Locust, Suite 1200<br>St. Louis, MO 63101<br>Email: mraichle@mrhfmlaw.com<br>Phone: 866-234-7997 | Personal Injury | Disputed / Contingent / Unliquidated | 70 |
| Simon Greenstone Panatier, P.C. | Attn: David Greenstone; Leah Kagan<br>1201 Elm Street, Suite 3400<br>Dallas TX, 75270<br>Email: dgreenstone@sgpblaw.com; lkagan@sgpblaw.com<br>Phone: 214-276-7680; 214-276-7699 | Personal Injury | Disputed / Contingent / Unliquidated | 60 |
| Levy Konigsberg, LLP | Attn: Moshe Maimon<br>605 Third Avenue, 33rd Floor<br>New York, NY 10158<br>Email: mmaimon@levylaw.com<br>Phone: 800-315-3806 | Personal Injury | Disputed / Contingent / Unliquidated | 13 |
| Simmons Hanly Conroy LLP | Attn: Lisa Busch<br>112 Madison Avenue, 7th Floor<br>New York, NY 10016<br>Email: lbusch@simmonsfirm.com<br>Phone: 212-257-8482 | Personal Injury | Disputed / Contingent / Unliquidated | 11 |
| Dean Omar Branham Shirley, LLP | Attn: Jessica Dean<br>302 N Market Street, Suite 300<br>Dallas, TX 75202<br>Email: jdean@dobslegal.com<br>Phone: 214-722-5990 | Personal Injury | Disputed / Contingent / Unliquidated | 7 |
| Meirowitz & Wasserberg, LLP | Attn: Samuel Meirowitz<br>1040 Sixth Avenue, Suite 12B<br>New York, NY 10018<br>Email: sam@mwinjurylaw.com<br>Phone: 212-897-1988 | Personal Injury | Disputed / Contingent / Unliquidated | 7 |
| Lanier Law Firm | Attn: Mark Lanier<br>10940 W. Sam Houston Pkwy N, Suite 100<br>Houston, TX 77064<br>Email: info@lanierlawfirm.com<br>Phone: 713-659-5200 | Personal Injury | Disputed / Contingent / Unliquidated | 6 |

| Name of Law Firm | Name, Telephone Number, Mailing Address, and E-mail of Law Firm Contact | Nature of Claim | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Set-off | Number of Pending Claims |
|---|---|---|---|---|
| The Ferraro Law Firm, P.A. | Attn: James L. Ferraro<br>600 Brickell Avenue, Suite 3800<br>Miami, FL 33131<br>Email: jlf@ferrarolaw.com<br>Phone: 888-554-2030 | Personal Injury | Disputed / Contingent / Unliquidated | 5 |
| Belluck and Fox Law Firm | Attn: Joseph Belluck<br>546 5th Ave, 5th Floor<br>New York NY 10036<br>Email: jfox@belluckfox.com<br>Phone: 877-504-0921 | Personal Injury | Disputed / Contingent / Unliquidated | 4 |
| Duffy Law, LLC | Attn: Christopher Duffy<br>70 Washington Street, Suite 405<br>Salem, MA 1970<br>Email: duffy@cpduffylaw.com<br>Phone: 978-414-5714 | Personal Injury | Disputed / Contingent / Unliquidated | 4 |
| Kazan, McClain, Satterley & Greenwood | Attn: Steven Kazan<br>55 Harrison St. Suite 400<br>Oakland, CA 94607<br>Email: skazan@kazanlaw.com<br>Phone: 888-887-1238 | Personal Injury | Disputed / Contingent / Unliquidated | 4 |
| Thornton Law Firm | Attn: Michael Thornton<br>84 State Street 4th Fl.<br>Boston, MA 2109<br>Email: mthornton@tenlaw.com<br>Phone: 573-471-1207 | Personal Injury | Disputed / Contingent / Unliquidated | 3 |
| Frost Law Firm, PC | Attn: Scott L. Frost<br>273 W. 7th Street<br>Email: scott@frostlawfirm.com<br>San Pedro, CA 90731<br>Phone: 866-376-7834 | Personal Injury | Disputed / Contingent / Unliquidated | 3 |
| Waters Kraus & Paul | Attn: Peter Kraus<br>3141 Hood Street, Suite 200<br>Dallas, TX 75219<br>Email: kraus@waterskraus.com<br>Phone: 866-305-7373 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |
| Cohen, Placitella & Roth, P.C. | Attn: Christopher M. Placitella<br>127 Maple Avenue<br>Red Bank, NJ 07701<br>Email: cplacitella@cprlaw.com<br>Phone: 732-747-9003 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |
| Deblase Brown Eyerly LLP | Attn: Eric Brown<br>680 South Santa Fe Avenue<br>Los Angeles, CA 90021<br>Email: brown@dbelegal.com<br>Phone: 310-575-9955 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |

| Name of Law Firm | Name, Telephone Number, Mailing Address, and E-mail of Law Firm Contact | Nature of Claim | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Set-off | Number of Pending Claims |
|---|---|---|---|---|
| The Deaton Law Firm | Attn: John E. Deaton<br>450 North Broadway<br>East Providence, RI 02914<br>Email: all-deaton@deatonlawfirm.com<br>Phone: 401-351-6400 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |
| Shepard Law Firm | Attn: Michael Shepard<br>160 Federal Street<br>Boston, MA 02110<br>Email: info@shepardlawfirm.com<br>Phone: 617-451-9191 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |
| Rebecca S. Vinocur, P.A. | Attn: Rebecca S. Vinocur<br>5915 Ponce de Leon Boulevard, Suite 14<br>Coral Gables, FL 33146<br>Email: rvinocur@rsv-law.com<br>Phone: 786-691-1282 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |
| Durham, Pittard & Spalding, LLP | Attn: Justin R. Kaufman<br>505 Cerrillos Road, Suite A209<br>Santa Fe, NM 87501<br>Email: jkaufman@dpslawgroup.com<br>Phone: 505-986-0600 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |
| Worthington and Caron, P.C. | Attn: John M. Caron<br>273 West 7th Street<br>San Pedro, CA 90731<br>Email: john@worthingtoncaron.com<br>Phone: 800-831-9399 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |
| Early, Lucarelli, Sweeney & Meisenkothen, LLC | Attn: Brian P. Kenney<br>360 Lexington Avenue<br>New York, NY 10017<br>Email: bkenney@elslaw.com<br>Phone: 212-986-2233 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |
| McDermott & Hickey LLC | Attn: Kevin McDermott<br>20525 Center Ridge Road, #200<br>Rocky River, Ohio 44116<br>Email: kevin@mcdermotthickeylaw.com<br>Phone: 216-238-5070 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |
| The Law Offices of Kapusta & Schweers LLC | Attn: Cori J. Kapusta<br>445 Fort Pitt Boulevard, #500<br>Pittsburgh, PA 15219<br>kapusta@kslawpgh.com<br>Phone: 412-904-5080 | Personal Injury | Disputed / Contingent / Unliquidated | 2 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| BARRETTS MINERALS INC., | ) Case No. 23-_____(___) |
| Debtor. | ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, the following are corporations, other than a government unit, that directly or indirectly own 10% or more of any class of the debtor's equity interest:

| Equity Interest Holder | Approximate Percentage of Equity Interests Held |
|---|---|
| Specialty Minerals Inc. | 100% |

US-DOCS\145130088.7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| BARRETTS MINERALS INC., ) | Case No. 23-_____(___) |
| ) | |
| Debtor. ) | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the above-captioned debtor and debtor in possession (the "**Debtor**") respectfully represents that the following is the list of holders of the Debtor's sole class of equity or membership interests:

☐   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the Debtor's equity interest.

☒   The following are the Debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

| Name and Last Known Address of Place of Business of Holder | Kind/Class of Interest | Percentage of Interests Held |
|---|---|---|
| Specialty Minerals Inc.<br>622 Third Avenue<br>New York, NY 10017 | | 100% |

US-DOCS\145130088.7

Fill in this information to identify the case and this filing:

Debtor Name **Barretts Minerals Inc.**

United States Bankruptcy Court for the: **Southern District of Texas** (State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets-Real and Personal Property *(Official Form 206A/B)*
- ☐ Schedule D: Creditors Who Have Claims Secured by Property *(Official Form 206D)*
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims *(Official Form 206E/F)*
- ☐ Schedule G: Executory Contracts and Unexpired Leases *(Official Form 206G)*
- ☐ Schedule H: Codebtors *(Official Form 206H)*
- ☐ Summary of Assets and Liabilities for Non-Individuals *(Official Form 206Sum)*
- ☐ Amended Schedule _____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration **Corporate Ownership Statement, List of Equity Security Holders, and List of Top Twenty-Six Law Firms Representing Talc Claimants**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

**10/2/2023**
MM/ DD/YYYY

Signature of individual signing on behalf of debtor

**David J. Gordon**
Printed name

**Chief Restructuring Officer**
Position or relationship to debtor

US-DOCS\145130088.7

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors