IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
BARRETTS MINERALS INC., : Case No. 23-90794 (DRJ)
: 
Debtor. : Tax I.D. No. 13-3678715
: 
------------------------------------------------------- x
: 
In re: : Chapter 11
: 
BARRETTS VENTURES TEXAS LLC, : Case No. 23-90793 (DRJ)
: 
Debtor. : Tax I.D. No. 93-3290787
: 
------------------------------------------------------- x

## ORDER (I) DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF

**[Relates to the Motion at Docket No. ___]**

Upon the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (the "**Debtors**") for entry of order authorizing the joint administration of their Chapter 11 Cases; all as more fully set forth in the Motion; and the Court having reviewed the Motion and the First Day Declaration; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

US-DOCS\145095868.11

district is proper pursuant to 28 U.S.C. § 1408; and the Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances and that no other or further notice is necessary; and the Court having determined that the legal and factual bases set forth in the Motion and the hearing with respect to the Motion establish just cause for the relief granted herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above-captioned cases are consolidated for procedural purposes only and shall be administered jointly by the Court under the case number assigned to Barretts Minerals Inc. Case No. 23-90794 (DRJ).

2. The following checked items are ordered:

   a. ☒ One disclosure statement and plan of reorganization may be filed for all cases by any plan proponent.

   b. ☒ All of the jointly administered cases not previously assigned to Judge Jones are transferred to Judge Jones.

   c. ☒ Parties may request joint hearings on matters pending in either of the jointly administered cases.

   d. ☒ Other: See below

3. The official caption to be used by all parties on all pleadings and other filings in the jointly administered Chapter 11 Cases shall be as follows:

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

---------------------------------------------------------- x
:
In re: : Chapter 11
:
BARRETTS MINERALS INC., *et al.*,[1] : Case No. 23-90794 (DRJ)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------- x

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

As reflected in the above caption, footnote 1 shall set forth the Debtors' names, as well as the last four digits of each Debtor's tax identification number.

4.  The caption set forth above shall be deemed to satisfy any applicable requirements of section 342(c) of the Bankruptcy Code and Bankruptcy Rule 2002(n).

5.  All pleadings and other documents to be filed in the jointly administered cases shall be filed and docketed in the case of Barretts Minerals Inc., Case No. 23-90794 (DRJ).

6.  A docket entry shall be made in the Chapter 11 Case docket of Debtor Barretts Ventures Texas LLC substantially as follows:

> An order has been entered in this case, in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Bankruptcy Local Rules for the Southern District of Texas, consolidating this case with the case of Barretts Minerals Inc., Case No. 23-23-90794, for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 23-23-90794 should be consulted for all matters affecting this case.

7.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases and this Order

3

shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases. This Order shall take effect immediately upon entry.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

9. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon its entry.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____, 2023  
      Houston, Texas

_____  
DAVID R. JONES  
UNITED STATES BANKRUPTCY JUDGE