UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: § | |
| § | Case No. 23-90794 |
| BARRETTS MINERALS INC., et al.,[1] § | |
| § | Chapter 11 |
| Debtors. § | (Jointly Administered) |

UNITED STATES TRUSTEE'S
NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

TO THE HONORABLE MARVIN ISGUR, UNITED STATES BANKRUPTCY JUDGE:

Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible creditors to the Official Committee of Unsecured Creditors in this case:

| Member | Counsel for Member |
|---|---|
| Nelson S., Libell Jr. c/o Rachel Libell | The Gori Firm<br>Attn: Beth Gori-Gregory<br>156 N. Main Street<br>Edwardsville, IL 62025<br>(618) 659-9833<br>beth@gorilaw.com |
| Aubrey Brinneman Hawk<br>for the Estate of Tyler Brinneman | Weitz & Luxenberg, P.C.<br>Attn: Perry Weitz & Justine Delaney, Esq<br>700 Broadway<br>New York, NY 10003<br>(212)-558-5500<br>pw@weitzlux.com<br>JDelaney@weitzlux.com |
| Frank Finch - | MRHFM Law Firm<br>Attn: Chris McKean<br>Locust St., Ste. 1200<br>St. Louis, MO 63101<br>(314) 241-2003<br>cmckean@mrhfmlaw.com |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

| Member | Counsel for Member |
|---|---|
| Teras Williams | Simon Greenstone Panatier<br>Attn: Leah C. Kagan<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>(214) 276-7680<br>lkagan@sgptrial.com |
| Kimberly Hatcher | Simmons Hanly Conroy, LLP<br>Attn: Lisa Nathanson Busch<br>112 Madison Ave<br>New York, NY 10016<br>(212) 257-8482<br>lbusch@simmonsfirm.com |
| Matthew McKinney | Dean Omar Branham Shirely, LLP<br>Attn: J. Bradley Smith<br>302 N. Market St., Suite 300<br>Dallas, TX 75202<br>(214) 722-5990<br>bsmith@dobslegal.com |
| Mark Sorum | Kazan, McClain, Satterley & Greenwood<br>Attn: Joseph Satterley<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>(510) 302-1000<br>jsatterley@kazanlaw.com |

Date: October 20, 2023          Respectfully Submitted,

                                                KEVIN M. EPSTEIN
                                                UNITED STATES TRUSTEE
                                                REGION 7, SOUTHERN AND WESTERN
                                                DISTRICTS OF TEXAS

                                                By: */s/ Vianey Garza*
                                                    Vianey Garza, Trial Attorney
                                                    Tex. Bar No. 24083057/Fed. ID No. 1812278
                                                    515 Rusk, Suite 3516
                                                    Houston, Texas 77002
                                                    (713) 718-4650 – Telephone
                                                    (713) 718-4670 – Fax
                                                    Email: Vianey.Garza@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2023 a copy of the foregoing was served by electronic means on all PACER participants.

                                                       */s/ Vianey Garza*
                                                      Vianey Garza, Trial Attorney