IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------- x
:  Chapter 11
In re: :
:  Case No. 23-90794 (MI)
BARRETTS MINERALS INC., *et al.*[1] :
:  **(Jointly Administered)**
Debtors. :
:
---------------------------------------------------------- x

## NOTICE OF HYBRID HEARING
[Related to Document No. 580]

**PLEASE TAKE NOTICE** that a hybrid hearing is set for **March 14, 2024 at 8:00 a.m. CT** before the Honorable Marvin Isgur, United States Bankruptcy Judge on the following motion (the "hearing"). The hearing will take place in Judge Isgur's courtroom, 515 Rusk Street, Courtroom 404, Houston, Texas 77002 and by telephone and video conference, with the instructions below.

- Debtors' Motion for Entry of an Order Extending the Exclusive Periods to File and Solicit a Plan [Dkt. No. 580].

### *Audio Communication*

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is 832-917-1510. You will be responsible for your own long-distance charges. Judge Isgur's conference room number is 954554. Parties are encouraged to review the Court's procedures for telephonic appearances located at:

**https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

1

15230931

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

***Video Communication***

Video communication will be by use of the GoTo platform.  Connect via the free GoTo application or click the link on Judge Isgur's home page.  The meeting code is "JudgeIsgur."  Click the settings icon in the upper right corner and enter your name under the personal information setting.

Hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your appearance, click the "Electronic Appearance" link on Judge Isgur's home page.  Select the case name, complete the required fields and click "Submit" to complete your appearance.

[*Remainder of Page Intentionally Left Blank*]

Dated:  February 27, 2024
        Houston, Texas

Respectfully Submitted,

*/s/ John F. Higgins*

**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
James A. Keefe (TX Bar No. 24122842)
1000 Main Street, 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Email: jhiggins@porterhedges.com
      myoung-john@porterhedges.com
      brochelle@porterhedges.com
      jkeefe@porterhedges.com

-and-

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork*
Kimberly A. Posin*
Shawn P. Hansen*
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
      kim.posin@lw.com
      shawn.hansen@lw.com

Anupama Yerramalli*
Alexandra M. Zablocki*
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: anu.yerramalli@lw.com
      alexandra.zablocki@lw.com

**Admitted Pro Hac Vice*

*Counsel for Debtors and Debtors in Possession*

3

15230931

## Certificate of Service

      I certify that on February 27, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      /s/ *John F. Higgins*
      John F. Higgins

15230931