**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| BARRETTS MINERALS INC., *et al.*,[1] | Case No. 23-90794 (MI) |
| Debtors. | (Jointly Administered) |

**COMMITTEE'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED
MARCH 4, 2024 AT 11:00 A.M. (PREVAILING CENTRAL TIME)**

The Official Committee of Unsecured Creditors for Barretts Minerals Inc. (the "**Committee**") submits this Witness and Exhibit List for the hearing to be held on **March 4, 2024, at 11:00 a.m. (prevailing Central Time)** (the "**Hearing**") before the Honorable Judge Marvin Isgur, United States Bankruptcy Judge, Courtroom 404, 515 Rusk Street, Houston Texas 77002 as follows:

**WITNESSES**

The Committee may call the following witnesses at the Hearing:

1. Any witness listed or called by any other party;

2. Rebuttal witnesses as necessary; and

3. The Committee reserves the right to cross-examine any witness called by any other party.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

**EXHIBITS**

| No. | Description | Mark | Offer | Objection | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| | Any document or pleading filed in the above-captioned main cases | | | | | | |
| | Any document or pleading filed in Adversary Proceeding No. 23-03225, *Barretts Minerals Inc., et al. v. Those Parties Listed in Appendix A to Complaint and John Does 1-1000* | | | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| | Any exhibit identified or offered by any other party | | | | | | |

**RESERVATION OF RIGHTS**

The Committee reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

Dated: February 29, 2024.                    Respectfully submitted,


**CAPLIN & DRYSDALE, CHARTERED**

*/s/ Kevin M. Davis*
Kevin C. Maclay (*pro hac vice*)
Todd E. Phillips (*pro hac vice*)
Kevin M. Davis (*pro hac vice*)
Serafina Concannon (*pro hac vice*)
One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone:    (202) 862-5000
Facsimile:    (202) 429-3301
Email:        kmaclay@capdale.com
              tphillips@capdale.com
              kdavis@capdale.com
              sconcannon@capdale.com


            -AND-

**BROWN RUDNICK LLP**

David J. Molton (*pro hac vice*)
Eric R. Goodman (*pro hac vice*)
Gerard T. Cicero (*pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone:    (212) 209-4800
Facsimile:    (212) 209-4801
Email:        dmolton@brownrudnick.com
              egoodman@brownrudnick.com
              gcicero@brownrudnick.com


            -AND-

Jeffrey L. Jonas (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone:    (617) 856-8200
Facsimile:    (617) 856-8201
Email:        jjonas@brownrudnick.com


            -AND-

**STEPTOE LLP**

Craig Smyser
State Bar No. 18777575
Jarod R. Stewart
State Bar No. 24066147
R. Hale Neilson
State Bar No. 24116820
717 Texas Avenue, Suite 2800
Houston, Texas 77002-2761
Telephone:    (713) 221-2356
Facsimile:    (713) 221-2320
Email:          csmyser@steptoe.com
                    jstewart@steptoe.com
                    hneilson@steptoe.com

**COUNSEL FOR THE OFFICIAL
COMMITTEE OF UNSECURED
CREDITORS**

## CERTIFICATE OF SERVICE

I certify that on February 29, 2024, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

/s/ *R. Hale Neilson*
R. Hale Neilson