IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BARRETTS MINERALS INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-90794 (MI)<br><br>(Jointly Administered) |

**AGENDA OF MATTERS SET FOR HEARING
ON MARCH 4, 2024, AT 11:00 A.M. (CENTRAL TIME)**

Pfizer Inc. ("**Pfizer**") by and through its undersigned counsel, hereby files this agenda for the hearing March 4, 2024 at 11:00 a.m. (Central Time) before the Honorable United States Bankruptcy Court Judge Marvin Isgur to be held at the United States Bankruptcy Court for the Southern District of Texas, Houston Division, Courtroom 404, 515 Rusk Street, Houston, TX 77002. The following matter(s) are currently set for hearing:

1. **PFIZER'S MOTION TO AMEND JOINT STIPULATION AND AGREED ORDER APPOINTING MEDIATOR**

    *Pfizer Inc.'s Motion to Amend the Joint Stipulation and Agreed Order Appointing Mediator and Governing Mediation Procedure* [Docket No. 538]

    **Response Deadline**: January 26, 2024

    **Status**:     Matter going forward.

    **Related Documents**:

    1. Notice of Hearing on Pfizer Inc.'s Motion to Amend the Joint Stipulation and Agreed Order Appointing Mediator and Governing Mediation Procedure [Docket No. 600];

    2. Supplemental Certificate of Service [Docket No. 604];

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North McArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

1

3. Notice of Rescheduled Hearing on Pfizer Inc.'s Motion to Amend the Joint Stipulation and Agreed Order Appointing Mediator and Governing Mediation Procedure on March 4, 2024. [Docket No. 622];

4. Supplemental Certificate of Service [Docket No. 626];

5. Pfizer Inc.'s Witness and Exhibit List for Hearing on March 4, 2024 at 11:00 a.m. (Prevailing Central Time) [Docket No. 662];

6. Debtors' Witness and Exhibit List for Hearing Scheduled for March 4, 2024 at 11:00 a.m. (Prevailing Central Time) [Docket No. 663]; and

7. Committee's Witness and Exhibit List for Hearing Scheduled March 4, 2024 at 11:00 a.m. (Prevailing Central Time) [Docket No. 668].

**Responses/Objections**:

1. Debtors' Response to Pfizer Inc.'s Motion to Amend the Joint Stipulation and Agreed Order Appointing Mediator and Governing Mediation Procedure [Docket No. 546];

2. Future Claimants' Representative's Joinder to Debtors' Response to Pfizer Inc.'s Motion to Amend the Joint Stipulation and Agreed Order Appointing Mediator and Governing Mediation Procedure [Docket No. 549];

3. The Official Committee of Unsecured Creditors' Objection and Joinder to the Debtors' Response to Pfizer Inc.'s Motion to Amend the Joint Stipulation and Agreed Order Appointing Mediator and Governing Mediation Procedure [Docket No. 551]; and

4. The Official Committee of Unsecured Creditors' Objection to Pfizer Inc.'s Motion to Clarify the February 5, 2024 Order (I) Declaring that the Automatic Stay Prohibits Certain Actions or, in the Alternative, (II) Preliminarily Enjoining Such Actions Pursuant to 11 U.S.C. § 105 [Docket No. 667].

2. **PFIZER'S MOTION TO CLARIFY THE FEBRUARY 5, 2024 ORDER**

*Pfizer Inc.'s Motion to Clarify the February 5, 2024 Order (I) Declaring that the Automatic Stay Prohibits Certain Actions or, in the Alternative, (II) Preliminarily enjoining Such Actions Pursuant to 11 U.S.C. § 105* [Docket No. 621; Adv. Docket No. 98]

**Response Deadline**: March 1, 2024

**Status**:     Matter going forward.

**Related Documents**:

1. Statement of Pfizer Inc. Concerning the Debtors' Emergency Motion For (I) An Order (A) Declaring that the Automatic Stay Prohibits Certain Actions Against Non-Debtors or, in the Alternative, (B) Preliminarily Enjoining Sch Actions Pursuant to 11 U.S.C. § 105, and (II) Temporary Restraining Order Enjoining Certain Actions Against Non-Debtors [Adv. Docket No. 9];

2. Agreed Order Enjoining Certain Actions Against Non-Debtors [Adv. Docket No. 16];

3. Further Agreed Order Enjoining Certain Actions Against Non-Debtors [Adv. Docket No. 44];

4. Order (I) Declaring that the Automatic Stay Prohibits Certain Actions or, in the Alternative, (II) Preliminary Enjoining Such Actions Pursuant to 11 U.S.C. § 105 [Adv. Docket No. 92];

5. Supplemental Certificate of Service [Adv. Docket No. 99];

6. Pfizer Inc.'s Witness and Exhibit List for Hearing on March 4, 2024 at 11:00 a.m. (Prevailing Central Time) [Adv. Docket No. 100];

7. Debtors' Witness and Exhibit List for Hearing Scheduled for March 4, 2024 at 11:00 a.m. (Prevailing Central Time) [Adv. Docket No. 101]; and

8. Committee's Witness and Exhibit List for Hearing Scheduled March 4, 2024 at 11:00 a.m. (Prevailing Central Time) [Adv. Docket 103].

**Responses/Objections**:

1. The Official Committee of Unsecured Creditors' Objection to Pfizer Inc.'s Motion to Clarify the February 5, 2024 Order (I) Declaring that the Automatic Stay Prohibits Certain Actions or, in the Alternative, (II) Preliminarily Enjoining Such Actions Pursuant to 11 U.S.C. § 105 [Docket No. 667 and Adv. Docket No. 102].

[*Remainder of page left intentionally blank.*]

Dated: March 1, 2024                              Respectfully submitted,

*By: /s/ Arsalan Muhammad*
**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX Bar No. 02016600)
Arsalan Muhammad (TX Bar No. 24074771)
1221 McKinney Street, Suite 4000
Houston, TX 77010
Telephone: 713.547.2000
Email: charles.beckham@haynesboone.com
Email: arsalan.muhammad@haynesboone.com

-and-

Martha Wyrick (TX Bar No. 24101606)
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201
Telephone: 214.651.5000
Email: martha.wyrick@haynesboone.com

**SIMPSON THACHER & BARTLETT LLP**
Lynn K. Neuner (admitted *pro hac vice*)
Michael H. Torkin (admitted *pro hac vice*)
George S. Wang (admitted *pro hac vice*)
Anthony C. Piccirillo (admitted *pro hac vice*)
Jamie J. Fell (admitted *pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Telephone: 212.455.2000
Email: lneuner@stblaw.com
Email: michael.torkin@stblaw.com
Email: gwang@stblaw.com
Email: anthony.piccirillo@stblaw.com
Email: jamie.fell@stblaw.com

*Counsel to Pfizer Inc.*

**Certificate of Service**

      I certify that, on March1, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Arsalan Muhammad*
Arsalan Muhammad