# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

------------------------------------------------------------------------------x
:
In re: : Chapter 11
:
BARRETTS MINERALS INC., *et al.*,[1] : Case No. 23-90794 (MI)
:
Debtors. : (Jointly Administered)
:
------------------------------------------------------------------------------x

**THIRD MONTHLY FEE STATEMENT OF
CAPLIN & DRYSDALE, CHARTERED FOR COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL
COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR
THE PERIOD FROM JANUARY 1, 2024, THROUGH JANUARY 31, 2024**

> **In accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals [ECF No. 317], each Application Recipient receiving notice of this monthly fee statement shall have until 4:00 p.m. (CT), 14 days after service of this monthly fee statement to object to the fees and expenses requested herein. Upon the expiration of such 14-day period, the Debtor is authorized and directed to pay 80% of the fees and 100% of the expenses requested in this monthly fee statement that are not subject to an objection.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, Irving, Texas 75038.

DOC# 10158911

| Name of Professional: | Caplin & Drysdale, Chartered |
|---|---|
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date Order of Employment Signed: | December 27, 2023, as of October 31, 2023 [ECF No. 508] |
| Time Period Covered: | January 1, 2024, through January 31, 2024 |
| Total Fees Sought: | $165,403.50 |
| Amount of retainer received in case: | N/A |
| Total professional fees covered by this statement: | $160,057.50 |
| Total professional hours covered by this statement: | 146.9 |
| Average hourly rate for professionals: | $1,089.57 |
| Total paraprofessional fees covered by this statement: | $5,346.00 |
| Total paraprofessional hours covered by this statement: | 9.9 |
| Average hourly rate for paraprofessionals: | $540.00 |
| Reimbursable expenses sought in this statement: | $1,657.95 |
| Payment requested:<br>    80% Fees<br>    100% Expenses<br>    Total: | <br>$132,322.80<br>$1,657.95<br>$133,980.75 |

Pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Rule 2016-1 of the Bankruptcy Local Rules of the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Local Rules**"), the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals (the "**Interim Compensation Order**"), and the Order Authorizing the Retention and Employment of Caplin & Drysdale, Chartered as Special Counsel to the Official Committee of Unsecured Creditors, Effective *Nunc Pro Tunc* as of October 31, 2023 [ECF No. 508], the law firm of Caplin & Drysdale, Chartered ("**Caplin**"), as special counsel to the Official Committee of Unsecured Creditors (the "**Committee**") appointed in this chapter 11 case, hereby submits this *Third Monthly Fee Statement of Caplin & Drysdale, Chartered for Compensation for Services Rendered and Reimbursement of Expenses as Special Counsel to the Official Committee of Unsecured Creditors*

*for the Period from January 1, 2024, through January 31, 2024* (the "**Monthly Fee Statement**"). By the Monthly Fee Statement and pursuant to the Interim Compensation Order, Caplin seeks interim payment of (i) $132,322.80 (80% of $165,403.50) as compensation for professional services rendered to the Committee and (ii) $1,657.95 for reimbursement of actual and necessary expenses, for a total of $133,980.75 for the period from January 1, 2024, through January 31, 2024 (the "**Fee Period**"). Pursuant to the Interim Compensation Order, the Application Recipients have until 4:00 p.m. (CT) on the fourteenth day following service of this Monthly Fee Statement to object to the requested fees and expenses.

## ITEMIZATION OF SERVICES RENDERED AND EXPENSES INCURRED

1. In support of this Monthly Fee Statement, attached are the following exhibits:

   **Exhibit A** consists of Caplin's detailed records of fees incurred during the Fee Period, including the number of hours expended (on an aggregate basis) by Caplin members, counsel, associates, and paraprofessionals during the Fee Period. As reflected in Exhibit A, Caplin incurred $165,403.50 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Caplin seeks compensation in the amount of $132,322.80 or 80% of such fees.

   **Exhibit B** is a schedule providing certain information regarding the Caplin attorneys and paraprofessionals for whose work on this chapter 11 case compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Caplin expended a total of 156.8 hours in connection with this chapter 11 case during the Fee Period.

   **Exhibit C** is a report setting forth the amount sought with respect to reimbursement of expenses in this Monthly Fee Statement. This Monthly Fee Statement seeks reimbursement of expenses in the aggregate total amount of $1,657.95.

## REPRESENTATIONS

2. Although Caplin has used its reasonable best efforts to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Caplin reserves the right to seek payment of such fees and expenses not included herein. Subsequent

monthly fee statements will be submitted in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Bankruptcy Local Rules and the Interim Compensation Order.

WHEREFORE, Caplin respectfully requests compensation and reimbursement of its expenses incurred during the Fee Period in the total amount of $133,980.75, consisting of (i) $132,322.80, which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by Caplin, and (ii) $1,657.95, which is 100% of actual necessary costs and expenses incurred, in accordance with the procedures set forth in the Interim Compensation Order.

Dated: March 1, 2024

Respectfully submitted,
**CAPLIN & DRYSDALE, CHARTERED**

*/s/ Kevin C. Maclay*
Kevin C. Maclay (admitted *pro hac vice*)
Todd E. Phillips (admitted *pro hac vice*)
One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
Email:  kmaclay@capdale.com
          tphillips@capdale.com

**CERTIFICATE OF SERVICE**

I certify that on March 1, 2024, I caused a true and correct copy of the foregoing document to be served by the Court's CM/ECF notification system, which will send notice of electronic filing to all counsel of record.

*/s/ R. Hale Neilson*