IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------- x
:
In re: : Chapter 11
:
BARRETTS MINERALS INC., *et al.*[1] : Case No. 23-90794 (MI)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------- x

### STIPULATION FOR REMOTE HEARING PARTICIPATION
[Relates to Docket No. 898]

This Stipulation is made pursuant to paragraph 3(B)(2) of the Southern District of Texas Post-COVID Reopening Plan.

1. The parties to this Stipulation are:

| Name of Party | Name of Counsel | Counsel's Law Firm |
|---|---|---|
| Barretts Minerals Inc.; Barretts Ventures Texas LLC<br><br>(collectively, the "**Debtors**") | John F. Higgins; Megan Young-John; Bryan L. Rochelle; James A. Keefe; Jeffrey E. Bjork; Kimberly A. Posin; Amy Quartarolo; Christina Craige; Shawn P. Hansen; Anupama Yerramalli; Jonathan J. Weichselbaum | Porter Hedges LLP;<br>Latham & Watkins LLP |
| The Official Committee of Unsecured Creditors | David J. Molton; Eric R. Goodman; Gerard T. Cicero; Jeffrey L. Jonas; Craig Smyser; Jarod R. Stewart; R. Hale Neilson; Kevin C. Maclay; Todd E. Phillips; Kevin M. Davis; Serafina Concannon | Brown Rudnick LLP;<br>Steptoe LLP;<br>Caplin & Drysdale, Chartered |
| The Future Claimants' Representative | Peter C. D'Apice; Kaitlyn Fletcher; Robert S. Brady; | Stutzman, Bromberg, Esserman & Plifka P.C.; |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

|  | Edwin J. Harron; Sharon M. Zieg; Ryan M. Bartley | Young Conaway Stargatt & Taylor, LLP |
|---|---|---|
| Minerals Technologies Investments LLC (the "**Lender**") | Christopher K. Kiplok; Erin E. Diers | Hughes Hubbard & Reed LLP |

2. This Stipulation pertains to the emergency hearing scheduled for May 21, 2024 on CM/ECF No. 898.

3. Select all that apply:

| X | Counsel for the Debtors, the Official Committee of Unsecured Creditors, the Future Claimants' Representative, and the Lender will only appear remotely at the hearing identified in paragraph 2. This stipulation applies to all counsel who may be acting for the identified parties. |
|---|---|
| X | Witnesses will only appear remotely at the hearing identified in paragraph 2. |
|  | Witnesses will appear both remotely and in-person. Counsel must provide a list identifying which witnesses will appear remotely and which will appear in person. |
|  | Other: |

4. This Stipulation is binding when it is electronically filed with the Clerk. This Stipulation may not be modified except by Court order.

Dated:       May 16, 2024

**Agreed:**

*/s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
James A. Keefe (TX Bar No. 24122842)
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: (713) 226-6000
Email: jhiggins@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com
jkeefe@porterhedges.com

-and-

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted *pro hac vice*)
Kimberly A. Posin (admitted *pro hac vice*)
Amy Quartarolo (admitted *pro hac vice*)
Christina Craige (admitted *pro hac vice*)
Shawn P. Hansen (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
kim.posin@lw.com
amy.quartarolo@lw.com
chris.craige@lw.com
shawn.hansen@lw.com

Anupama Yerramalli (admitted *pro hac vice*)
Jonathan J. Weichselbaum (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: anu.yerramalli@lw.com
jon.weichselbaum@lw.com

*Counsel to the Debtors and Debtors in Possession*

*/s/ Gerard T. Cicero*
**BROWN RUDNICK LLP**
David J. Molton (admitted *pro hac vice*)
Eric R. Goodman (admitted *pro hac vice*)
Gerard T. Cicero (admitted *pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone: (212) 209-4800
Email: dmolton@brownrudnick.com
    egoodman@brownrudnick.com
    gcicero@brownrudnick.com

Jeffrey L. Jonas (admitted *pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone: (617) 856-8200
Email: jjonas@brownrudnick.com

-and-

**STEPTOE LLP**
Craig Smyser (State Bar No. 18777575)
Jarod R. Stewart (State Bar No. 24066147)
R. Hale Neilson (State Bar No. 24116820)
717 Texas Avenue, Suite 2800
Houston, Texas 77002-2761
Telephone: (713) 221-2356
Email: csmyser@steptoe.com
    jstewart@steptoe.com
    hneilson@steptoe.com

-and-

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay (admitted *pro hac vice*)
Todd E. Phillips (admitted *pro hac vice*)
Kevin M. Davis (admitted *pro hac vice*)
Serafina Concannon (admitted *pro hac vice*)
One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone: (202) 862-5000
Email: kmaclay@capdale.com
    tphillips@capdale.com
    kdavis@capdale.com
    sconcannon@capdale.com
*Counsel for the Official Committee of Unsecured Creditors*

*/s/ Kaitlyn Fletcher*
**STUTZMAN, BROMBERG, ESSERMAN & PLIFKA P.C.**
Peter C. D'Apice
Kaitlyn Fletcher
2323 Bryan Street, Suite 2200
Dallas, Texas 75201-2689
Telephone: (214) 969-4900
Email: dapice@sbep-law.com
   fletcher@sbep-law.com

-and-

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Robert S. Brady
Edwin J. Harron
Sharon M. Zieg
Ryan M. Bartley
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: rbrady@ycst.com
   eharron@ycst.com.com
   szieg@ycst.com
   rbartley@ycst.com

*Counsel to the Future Claimants' Representative*

*/s/ Christopher Kiplok*
**HUGHES HUBBARD & REED LLP**
Christopher Kiplok
Erin Diers
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726
E-mail: christopher.kiplok@hugheshubbard.com
   erin.diers@hugheshubbard.com

*Counsel to the Lender*