IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------- x
:
In re: : Chapter 11
:
BARRETTS MINERALS INC., *et al*.,[1] : Case No. 23-90794 (MI)
:
Debtors. : (Jointly Administered)
:
:
---------------------------------------------------------- x

**DEBTORS' AGENDA OF MATTERS SET FOR HYBRID HEARING ON
MAY 21, 2024 AT 1:30 P.M. (PREVAILING CENTRAL TIME)**
[Related to Docket No. 898]

TO THE HONORABLE MARVIN ISGUR:

The above-captioned debtors and debtors in possession (collectively, the "Debtors") file this agenda for the hybrid hearing on **May 21, 2024 at 1:30 p.m. (prevailing Central Time)** before the Honorable Marvin Isgur at the United States Bankruptcy Court for the Southern District of Texas, Courtroom 400, 515 Rusk, Houston, Texas 77002:

**A.    Motion**

1. **Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Enter into Post-Petition Financing Agreement and Obtain Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Debtors to Enter into Second Amendment to Shared Services Agreement, and (III) Granting Related Relief [Docket No. 898]**

   **Status:** Going forward.

   **Related Documents:**

   a. Second Amendment to Shared Services Agreement [Docket No. 898-1]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

1

15375587

b.  Proposed Order (I) Authorizing Debtors to Enter into Post-Petition Financing Agreement and Obtain Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Debtors to Enter into Second Amendment to Shared Services Agreement, and (III) Granting Related Relief [Docket No. 898-2] (the "Proposed Order")

c.  DIP Credit Agreement attached as Exhibit 1 to the Proposed Order [Docket No. 898-2] (the "DIP Credit Agreement")

d.  Approved Budget attached as Exhibit B to the DIP Credit Agreement [Docket No. 898-2]

e.  Declaration of David Gordon in Support of Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Enter into Post-Petition Financing Agreement and Obtain Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Debtors to Enter into Second Amendment to Shared Services Agreement and (III) Granting Related Relief [Docket No. 899]

f.  Declaration of Leon Szlezinger in Support of Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Enter into Post-Petition Financing Agreement and Obtain Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Debtors to Enter into Second Amendment to Shared Services Agreement and (III) Granting Related Relief [Docket No. 900]

g.  Declaration of William Murphy in Support of Debtors' Emergency Motion for Entry of an Order (I) Authorizing Debtors to Enter into Post-Petition Financing Agreement and Obtain Post-Petition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Authorizing Debtors to Enter into Second Amendment to Shared Services Agreement and (III) Granting Related Relief [Docket No. 901]

h.  Certificate of Service dated May 15, 2024 [Docket No. 902]

i.  Stipulation for Remote Hearing Participation [Docket No. 905]

j.  Debtors' Witness and Exhibit List for Hearing on May 21, 2024 at 1:30 p.m. (Prevailing Central Time) [Docket No. 907]

[*Remainder of page intentionally left blank.*]

15375587

May 20, 2024

Respectfully submitted,

By: */s/ John F. Higgins*
**PORTER HEDGES LLP**
John F. Higgins (TX Bar No. 09597500)
Megan Young-John (TX Bar No. 24088700)
Bryan L. Rochelle (TX Bar No. 24107979)
James A. Keefe (TX Bar No. 24122842)
1000 Main St., 36th Floor
Houston, Texas 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6248
jhiggins@porterhedges.com
myoung-john@porterhedges.com
brochelle@porterhedges.com
jkeefe@porterhedges.com

- and -

**LATHAM & WATKINS LLP**
Jeffrey E. Bjork (admitted pro hac vice)
Kimberly A. Posin (admitted pro hac vice)
Shawn P. Hansen (admitted pro hac vice)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: jeff.bjork@lw.com
       kim.posin@lw.com
       shawn.hansen@lw.com

Anu Yerramalli (admitted pro hac vice)
Jonathan J. Weichselbaum (admitted pro hac vice)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email: anu.yerramalli@lw.com
       jon.weichselbaum@lw.com

*Counsel for Debtors and Debtors in Possession*

3

15375587

## Certificate of Service

  I certify that on May 20, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                */s/ John F. Higgins*
                John F. Higgins

15375587