United States Bankruptcy Court
Southern District of Texas
**ENTERED**
June 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

------------------------------------------------------------ x
:
In re: : Chapter 11
:
BARRETTS MINERALS INC., *et al.*,[1] : Case No. 23-90794 (MI)
:
  Debtors. : (Jointly Administered)
:
:
------------------------------------------------------------ x

**STIPULATION AND ORDER ADJOURNING THE HEARING ON PFIZER INC.'S MOTION FOR AN ORDER (I) CONFIRMING THE AUTOMATIC STAY DOES NOT PROHIBIT THE COMMENCEMENT OF A BREACH OF CONTRACT ACTION SOLELY AGAINST NON-DEBTOR MTI, OR (II) IN THE ALTERNATIVE, GRANTING RELIEF FROM THE STAY TO PERMIT SUCH ACTION**
**[Relates to Docket No. 923]**

On May 22, 2024, Pfizer Inc. ("**Pfizer**"), by and through its counsel, filed the *Motion for an Order (I) Confirming the Automatic Stay Does Not Prohibit the Commencement of a Breach of Contract Action Solely Against Non-Debtor MTI, or (II) In the Alternative, Granting Relief from the Automatic Stay* [Docket No. 923] (the "**Motion**") in the above-captioned chapter 11 cases of the debtors and debtors-in-possession (collectively, the "**Debtors**") seeking entry of an order (i) confirming that the automatic stay does not prohibit the commencement of a breach of contract, declaratory judgment and contribution action (the "**Indemnity Action**") against non-debtor Minerals Technologies Inc. ("**MTI**"), or (ii) in the alternative, granting relief from the automatic stay to permit commencement of the Indemnity Action, and (iii) granting such other relief as may be proper. The Debtors and Pfizer (collectively, the "**Parties**") agree as follows:

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. ("**BMI**") (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

1

**WHEREAS**, Pfizer filed the Motion on May 22, 2024;

**WHEREAS**, on May 31, 2024, the Parties submitted the *Stipulation Extending the Deadline to Respond to Pfizer Inc.'s Motion for an Order (I) Confirming the Automatic Stay Does Not Prohibit the Commencement of a Breach of Contract Action Solely Against Non-Debtor MTI, or (II) In the Alternative, Granting Relief from the Automatic Stay* [Docket No. 939], which continued the deadline to respond to the Motion to June 4, 2024;

**WHEREAS**, the Debtors oppose the relief sought in the Motion, including because the Debtors assert that adjudication of the issues raised in the Indemnity Action would necessarily implicate the Debtors' rights under the Reorganization Agreement dated September 28, 1992 (as amended, the "**Reorganization Agreement**");

**WHEREAS**, the Debtors have advised Pfizer that they are prepared to initiate an adversary proceeding before this Court to address Pfizer's contractual obligation to indemnify the Debtors and their affiliates for liabilities arising out of any product liability lawsuits in which claimants allege that they were harmed by exposure to talc sold by Pfizer;

**WHEREAS**, Pfizer and MTI have agreed to mediate their disputes concerning rights and obligations under the Reorganization Agreement before Hon. Layn R. Phillips (Ret.), and the Debtors contemplate participating in those mediation efforts; and

**WHEREAS**, to allow the Parties and their affiliates to focus on the contemplated mediation efforts, the Parties have agreed to continue the deadline to respond to the Motion and to adjourn the hearing on the Motion, which is presently set for June 7, 2024 at 9:00 a.m. (prevailing Central Time).

**ACCORDINGLY, THE PARTIES HEREBY STIPULATE AND AGREE THAT:**

1. The June 7, 2024 hearing on the Motion is adjourned to a future date that is mutually convenient for the Parties and to be scheduled in accordance with Paragraph 2 below, subject to the availability of the Court.

2. In the event that Pfizer elects to re-notice the Motion for hearing, the continued hearing date must be not less than 14 days from the filing of the notice of continued hearing on the Motion (the "**Continued Hearing**").

3. The deadline for any party to object or otherwise respond to the Motion shall be 7 days prior to the Continued Hearing.

4. Consistent with Southern District of Texas Bankruptcy Local Rule 4001-1(a), the Parties waive the requirement that a hearing on the Motion be heard within 30 days of filing, and Pfizer waives automatic termination of the automatic stay under 11 U.S.C. § 362(e).

5. The undersigned represent that they are authorized to execute this stipulation on behalf of the represented Parties for whom they have signed.

**SO ORDERED:**

Signed: June 05, 2024

_____
Marvin Isgur
United States Bankruptcy Judge

3

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION** | **COUNSEL TO PFIZER INC.** |
| _/s/ John F. Higgins_ | _/s/ Arsalan Muhammad_ |
| **PORTER HEDGES LLP** | **HAYNES AND BOONE, LLP** |
| John F. Higgins (TX Bar No. 09597500) | Charles A. Beckham, Jr. (TX Bar No. 02016600) |
| Megan Young-John (TX Bar No. 24088700) | Arsalan Muhammad (TX Bar No. 24074771) |
| Bryan L. Rochelle (TX Bar No. 24107979) | 1221 McKinney Street, Suite 4000 |
| James A. Keefe (TX Bar No. 24122842) | Houston, Texas 77010 |
| 1000 Main Street, 36th Floor | Telephone: (713) 547-2000 |
| Houston, Texas 77002 | Email: charles.beckham@haynesboone.com |
| Telephone: (713) 226-6000 | arsalan.muhammad@haynesboone.com |
| Email: jhiggins@porterhedges.com | |
| myoung-john@porterhedges.com | -and- |
| brochelle@porterhedges.com | |
| jkeefe@porterhedges.com | Martha Wyrick (TX Bar No. 24101606) |
| | 2801 N. Harwood Street, Suite 2300 |
| -and- | Dallas, Texas 75201 |
| | Telephone: (214) 651-5000 |
| **LATHAM & WATKINS LLP** | Email: martha.wyrick@haynesboone.com |
| Jeffrey E. Bjork (admitted _pro hac vice_) | |
| Kimberly A. Posin (admitted _pro hac vice_) | -and- |
| Amy C. Quartarolo (admitted _pro hac vice_) | |
| Shawn P. Hansen (admitted _pro hac vice_) | **SIMPSON THACHER & BARTLETT LLP** |
| 355 South Grand Avenue, Suite 100 | Michael H. Torkin (admitted _pro hac vice_) |
| Los Angeles, CA 90071 | George S. Wang (admitted _pro hac vice_) |
| Telephone: (213) 485-1234 | 425 Lexington Avenue |
| Email: jeff.bjork@lw.com | New York, New York 10017 |
| kim.posin@lw.com | Telephone: (212) 455-2000 |
| amy.quartarolo@lw.com | Email: Michael.torkin@stblaw.com |
| shawn.hansen@lw.com | gwang@stblaw.com |