IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>BMI OLDCO INC., *et al.*,[1]<br><br>        Debtors. | Chapter 11<br><br>Case No. 23-90794 (MI)<br><br>(Jointly Administered)<br>**Ref. Docket No. 994** |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Official Committee of Creditors has set for hearing the *Motion of the Official Committee of Unsecured Creditors to Dismiss the Chapter 11 Cases Pursuant to 11 U.S.C. § 1112(b) or, in the Alternative, to Terminate the Debtors' Exclusive Period Pursuant to 11 U.S.C. § 1121(d)(1)* (the "Motion") [Docket No. 994] on Thursday, July 18, 2024 at 1:30 p.m. (prevailing Central Time) (the "Hearing").

**PLEASE TAKE FURTHER NOTICE,** that parties may appear in person or by remote participation at the Hearing. Those who wish to appear in person may do so at the United States Bankruptcy Court, 515 Rusk Avenue, Courtroom No. 404, Houston, Texas 77002. For those who wish to participate remotely, the audio communication will be by use of the Court's dial-in facility. You may access the facility at 832-917-1510. Once connected, you will be asked to enter the conference room number. Judge Isgur's conference room number is 954554. Video communication will be by use of the GoToMeeting platform. Connect via the free GoToMeeting

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BMI Oldco Inc. (f/k/a Barretts Minerals Inc.) (8715) ("BMI") and Barretts Ventures Texas LLC (0787) ("BVT"). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038. The Debtors' ultimate parent is Minerals Technologies Inc. ("MTI"). Debtor Barretts Minerals Inc. ("BMI") is a wholly owned subsidiary of Specialty Minerals Inc. ("SMI").

application or click the link on Judge Isgur's home (https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-marvin-isgur). The meeting code is "JudgeIsgur". Click the settings icon in the upper right corner and enter your name under the personal information setting.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of both electronic and in-person hearings. To make your electronic appearance, click the "Electronic Appearance" link on Judge Isgur's home page. Select the case name, complete the required fields, and click "Submit" to complete your appearance.

Dated: June 27, 2024

Respectfully submitted,

**BROWN RUDNICK LLP**

/s/ *David J. Molton*
David J. Molton (*pro hac vice*)
Eric R. Goodman (*pro hac vice*)
Gerard T. Cicero (*pro hac vice*)
Seven Times Square
New York, NY 10036
Telephone:   (212) 209-4800
Facsimile:   (212) 209-4801
Email:           dmolton@brownrudnick.com
                    egoodman@brownrudnick.com
                    gcicero@brownrudnick.com

-AND-

Jeffrey L. Jonas (*pro hac vice*)
One Financial Center
Boston, MA 02111
Telephone:   (617) 856-8200
Facsimile:   (617) 856-8201
Email:           jjonas@brownrudnick.com

-AND-

**CAPLIN & DRYSDALE, CHARTERED**

Kevin C. Maclay (*pro hac vice*)
Todd E. Phillips (*pro hac vice*)

Kevin M. Davis (*pro hac vice*)
Serafina Concannon (*pro hac vice*)
One Thomas Circle NW, Suite 1100
Washington, DC 20005
Telephone:   (202) 862-5000
Facsimile:   (202) 429-3301
Email:   kmaclay@capdale.com
          tphillips@capdale.com
          kdavis@capdale.com
          sconcannon@capdale.com

**COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

**Certificate of Service**

I certify that, on June 27, 2024, I caused a copy of the foregoing document to be served on all parties listed in the Master Service List dated May 31, 2024 by electronic transmission via ECF for all registered ECF users appearing in the case, and via email and/or First Class Mail, as applicable, to the parties listed below.

                                    */s/ David J. Molton*
                                    David J. Molton (pro hac vice)

**SERVICE LIST**

**VIA FIRST CLASS MAIL:**

BRAND INDUSTRIAL HOLDINGS INC DBA BRANDSAFWAY SOLUTIONS LLC
600 GALLERIA PARKWAY SE SUITE 1100
ATLANTA GA 30339

BRANDSAFWAY SERVICES LLC
600 GALLERIA PARKWAY SE SUITE 1100
ATLANTA GA 30339

DEFIM USA
8 SOFIA CT
BLACKWOOD NJ 08012

FOOD AND DRUG ADMINISTRATION
FEDERAL RESEARCH CENTER
10903 NEW HAMPSHIRE AVE.
SILVER SPRING MD 20993

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

MAUNE RAICHLE HARTLEY FRENCH & MUDD, LLC
ATTN: NEIL J. MAUNE
1015 LOCUST, SUITE 1200
ST. LOUIS MO 63101

MINE SAFETY AND HEALTH ADMINISTRATION
201 12TH ST S SUITE 401
ARLINGTON VA 22202-5450

MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY
1520 E 6TH AVENUE
HELENA MT 59601

MONTANA BUREAU OF MINES AND GEOLOGY
1300 WEST PARK STREET
BUTTE MT 59701-8997

PACIFIC HIDE AND FUR DEPOT DBA PACIFIC STEEL AND RECYCLING
5 RIVER DR S
GREAT FALLS MT 59405

RAILROAD COMMISSION OF TEXAS
1701 N. CONGRESS
AUSTIN TX 78701

SECURITIES & EXCHANGE COMMISSION
SECRETARY OF THE TREASURY
100 F STREET, NE WASHINGTON DC 20549

STATE OF FLORIDA
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL PL-01
TALLAHASSEE FL 32399

STATE OF GEORGIA
OFFICE OF THE ATTORNEY GENERAL
40 CAPITOL SQ SW
ATLANTA GA 30334

STATE OF KENTUCKY
ATTORNEY GENERAL - DANIEL CAMERON
700 CAPITAL AVENUE, SUITE 118
FRANKFORT KY 40601

STATE OF MASSACHUSETTS
ATTORNEY GENERAL'S OFFICE
1 ASHBURTON PLACE, 20TH FLOOR
BOSTON MA 02108

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL
525 W OTTAWA ST
LANSING MI 48906

STATE OF MINNESOTA
OFFICE OF THE ATTORNEY GENERAL
445 MINNESOTA ST, STE 1400
ST. PAUL MN 55101

STATE OF MISSISSIPPI
OFFICE OF THE ATTORNEY GENERAL
WALTER SILLERS BUILDING
550 HIGH ST, PO BOX 220
JACKSON MS 39201

STATE OF NEBRASKA
OFFICE OF THE ATTORNEY GENERAL

2115 STATE CAPITOL
LINCOLN NE 68509

STATE OF NEVADA
OFFICE OF THE ATTORNEY GENERAL
OLD SUPREME COURT BUILDING
100 N CARSON ST
CARSON CITY NV 89701

STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
RICHARD J. HUGHES JUSTICE COMPLEX 2
5 MARKET ST 8TH FL
WEST WING BOX 080
TRENTON NJ 08611

STATE OF NEW MEXICO
OFFICE OF THE ATTORNEY GENERAL
408 GALISTEO STREET VILLAGRA BUILDING
SANTA FE NM 87501

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL
THE CAPITOL 2ND FLOOR
ALBANY NY 12224

STATE OF NORTH CAROLINA
OFFICE OF THE ATTORNEY GENERAL
114 W EDENTON ST
RALEIGH NC 27603

STATE OF OHIO
OFFICE OF THE ATTORNEY GENERAL
STATE OFFICE TOWER
30 E BROAD ST 14TH FL
COLUMBUS OH 43215

STATE OF PENNSYLVANIA
OFFICE OF THE ATTORNEY GENERAL
STRAWBERRY SQUARE 16TH FL
HARRISBURG PA 17120

STATE OF SOUTH CAROLINA
OFFICE OF THE ATTORNEY GENERAL
PO BOX 11549
COLUMBIA SC 29211

STATE OF SOUTH DAKOTA
OFFICE OF THE ATTORNEY GENERAL
1302 E HIGHWAY 14, STE 1
PIERRE SD 57501-8501

STATE OF TENNESSEE
OFFICE OF THE ATTORNEY GENERAL
PO BOX 20207
NASHVILLE TN 37202-020

STATE OF TEXAS
OFFICE OF THE ATTORNEY GENERAL
300 W. 15TH ST
AUSTIN TX 78701

STATE OF VIRGINIA
OFFICE OF THE ATTORNEY GENERAL
202 N. NINTH ST.
RICHMOND VA 23219

STATE OF WASHINGTON
OFFICE OF THE ATTORNEY GENERAL
1125 WASHINGTON ST SE
OLYMPIA WA 98501

STATE OF WISCONSIN
OFFICE OF THE ATTORNEY GENERAL
17 WEST MAIN STREET
ROOM 1 14 EAST P
MADISON WI 53702

STATE OF WYOMING
OFFICE OF THE ATTORNEY GENERAL
109 STATE CAPITOL
CHEYENNE WY 82002

TEXAS BUREAU OF ECONOMIC GEOLOGY
10611 EXPLORATION WAY
AUSTIN TX 78758

THE GSI GROUP LLC
1004 E ILLINOIS ST
ASSUMPTION IL 62510

UNITED STATES DEPARTMENT OF JUSTICE

ATTORNEY GENERAL OF THE U.S.
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001


**VIA E-MAIL:**

A PLUS ELECTRIC MOTOR INC
FDEALAMAN@IPS.US

AMELIA MORENO AND CERTAIN OTHER MESOTHELIOMA CLAIMANTS
CTHOMPSON@MRHFMLAW.COM
SRATCLIFFE@MRHFMLAW.COM

AMERICAN WELDING AND GAS INC
ATTN CHARLES BEAL
CHUCK.BEAL@AWGGASES.COM
SHANE.GELLING@AMWELDING.COM

BANC OF AMERICA LEASING & CAPITAL
HILLARYCRABTREE@MVALAW.COM
STEVEGRUENDEL@MVALAW.COM
RDAFOE@WSLAWPC.COM

BAY CITY INDEPENDENT SCHOOL DISTRICT
MVALDEZ@PBFCM.COM

BEXAR COUNTY
SANANTONIO.BANKRUPTCY@LGBS.COM

BELLUCK AND FOX LAW FIRM
ATTN: JOSEPH BELLUCK
JFOX@BELLUCKFOX.COM

BNSF RAILWAY COMPANY
JILL MULLIGAN, CHIEF LEGAL OFFICER
KRISTI.GREEN@BNSF.COM

CHATTEM, INC.
JACK.FROST@FAEGREDRINKER.COM
KRISTEN.PERRY@FAEGREDRINKER.COM

COHEN, PLACITELLA & ROTH, P.C.
ATTN: CHRISTOPHER M. PLACITELLA
CPLACITELLA@CPRLAW.COM

COUNSEL TO SANDER L. ESSERMAN, AS PREPETITION FUTURE CLAIMANTS' REPRESENTATIVE AND PROPOSED POST-PETITION FUTURE CLAIMANT'S REPRESENTATIVE
D'APICE@SBEP-LAW.COM
MOORE@SBEP-LAW.COM
ESSERMAN@SBEP-LAW.COM
RBRADY@YCST.COM
EHARRON@YCST.COM
SZIEG@YCST.COM
RBARTLEY@YCST.COM

DEAN OMAR BRANHAM SHIRLEY, LLP
ATTN: JESSICA DEAN
JDEAN@DOBSLEGAL.COM

DEBLASE BROWN EYERLY LLP
ATTN: ERIC BROWN
BROWN@DBELEGAL.COM

DISTRICT OF COLUMBIA OFFICE OF THE ATTORNEY GENERAL
OAG@DC.GOV

DUFFY LAW, LLC
ATTN: CHRISTOPHER DUFFY
DUFFY@CPDUFFYLAW.COM

DURHAM, PITTARD & SPALDING, LLP
ATTN: JUSTIN R. KAUFMAN
JKAUFMAN@DPSLAWGROUP.COM

EARLY, LUCARELLI, SWEENEY & MEISENKOTHEN, LLC
ATTN: BRIAN P. KENNEY BKENNEY@ELSLAW.COM

FROST LAW FIRM, PC
ATTN: SCOTT L. FROST
SCOTT@FROSTLAWFIRM.COM

IOLA GALERSTON LLP
ATTN: RANDY IOLA
RIOLA@IOLAGALERSTON.COM

JMB CAPITAL PARTNERS LENDING, LLC
ROBERT.HIRSH@NORTONROSEFULBRIGHT.COM

KAZAN, MCCLAIN, SATTERLEY & GREENWOOD
ATTN: STEVEN KAZAN

SKAZAN@KAZANLAW.COM

LANIER LAW FIRM
ATTN: MARK LANIER
INFO@LANIERLAWFIRM.COM

LEVY KONIGSBERG, LLP
ATTN: MOSHE MAIMON
MMAIMON@LEVYLAW.COM

LOWENSTEIN SANDLER LLP
ATTN: ROBERT HIRSH, FRAN SKOLLER,
JORDANA RENERT, ERICA MANNIX &
JAMELLE STRAKER
RHIRSH@LOWENSTEIN.COM
FSKOLLER@LOWENSTEIN.COM
JRENERT@LOWENSTEIN.COM
EMANNIX@LOWENSTEIN.COM
JSTRAKER@LOWENSTEIN.COM

MATAGORDA COUNTY
C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
HOUSTON_BANKRUPTCY@LGBS.COM

MCDERMOTT & HICKEY LLC
ATTN: KEVIN MCDERMOTT
KEVIN@MCDERMOTTHICKEYLAW.COM

MEIROWITZ & WASSERBERG, LLP
ATTN: SAMUEL MEIROWITZ
SAM@MWINJURYLAW.COM

METSO OUTOTEC USA INC
ATTN NINA KIVIRANTA, GENERAL COUNSEL
GBS.NA.AR@METSO.COM
AMANDA.HAMILTON@METSO.COM

MINERALS TECHNOLOGIES INC. AND SPECIALTY MINERALS INC.
CHRIS.KIPLOK@HUGHESHUBBARD.COM
ERIN.DIERS@HUGHESHUBBARD.COM
WILLIAM.BEAUSOLEIL@HUGHESHUBBARD.COM
BRENDAN.FRANZONI@HUGHESHUBBARD.COM
STEVEN.GREENE@HUGHESHUBBARD.COM

MOLLERS NORTH AMERICA INC
MIKE INGRAHAM

7

M.INGRAHAM@MOLLERSNA.COM

MONTANA MINERALS TRANSPORTATION LLC
KEITH HOKANSON
KEITH@AMWELLES.COM

MULTIFAB INC
TIM SMITH, PRESIDENT
BM@MULTIFAB.US

OFFICE OF THE U.S. TRUSTEE
B.RUFF@USDOJ.GOV
ALICIA.BARCOMB@USDOJ.GOV
VIANEY.GARZA@USDOJ.GOV
HECTOR.DURAN.JR@USDOJ.GOV

PFIZER INC.
CHARLES.BECKHAM@HAYNESBOONE.COM
ARSALAN.MUHAMMAD@HAYNESBOONE.COM
MARTHA.WYRICK@HAYNESBOONE.COM
MICHAEL.TORKIN@STBLAW.COM
GWANG@STBLAW.COM

REBECCA S. VINOCUR, P.A.
ATTN: REBECCA S. VINOCUR
RVINOCUR@RSV-LAW.COM

REBISH/KONEN LIVESTOCK LIMITED PARTNERSHIP
CATHERINE KONEN
CJKONEN@HOTMAIL.COM

RIVERSPAN PARTNERS, LP, RIVERSPAN PARTNERS FUND I LP, AND ELEVATION
NEWCO, LLC EFLECK@MILBANK.COM
ZPAIVA@MILBANK.COM
CSTHENRY@MILBANK.COM
SVORA@MILBANK.COM

SHEPARD LAW FIRM
ATTN: MICHAEL SHEPARD
INFO@SHEPARDLAWFIRM.COM
BANKRUPTCYDEPT@SHEPARDLAWFIRM.COM

SIMMONS HANLY CONROY LLP
ATTN: NICHOLAS J. ANGELIDES
NANGELIDES@SIMMONSFIRM.COM

SIMON GREENSTONE PANATIER, P.C.
ATTN: DAVID GREENSTONE
DGREENSTONE@SGPBLAW.COM

STATE OF ALABAMA OFFICE OF THE ATTORNEY GENERAL
CONSUMERINTEREST@ALABAMAAG.GOV

STATE OF ALASKA OFFICE OF THE ATTORNEY GENERAL
ATTORNEY.GENERAL@ALASKA.GOV

STATE OF ARIZONA OFFICE OF THE ATTORNEY GENERAL
AGINFO@AZAG.GOV

STATE OF ARKANSAS OFFICE OF THE ATTORNEY GENERAL
OAG@ARKANSASAG.GOV

STATE OF CALIFORNIA OFFICE OF THE ATTORNEY GENERAL
XAVIER.BECERRA@DOJ.CA.GOV

STATE OF COLORADO OFFICE OF THE ATTORNEY GENERAL
CORA.REQUEST@COAG.GOV

STATE OF CONNECTICUT OFFICE OF THE ATTORNEY GENERAL
ATTORNEY.GENERAL@CT.GOV

STATE OF HAWAII OFFICE OF THE ATTORNEY GENERAL
HAWAIIAG@HAWAII.GOV

STATE OF IDAHO OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY@AG.IDAHO.GOV

STATE OF ILLINOIS OFFICE OF THE ATTORNEY GENERAL
MICHELLE@LISAMADIGAN.ORG

STATE OF IOWA OFFICE OF THE ATTORNEY GENERAL
CONSUMER@AG.IOWA.GOV

STATE OF KANSAS ATTN: ATTORNEY GENERAL DEREK SCHMIDT
DEREK.SCHMIDT@AG.KS.GOV

STATE OF LOUISIANA
DEPT. OF JUSTICE - ATTORNEY GENERAL'S OFFICE
ADMININFO@AG.STATE.LA.US

STATE OF MAINE OFFICE OF THE ATTORNEY GENERAL
ATTORNEY.GENERAL@MAINE.GOV

STATE OF MARYLAND OFFICE OF THE ATTORNEY GENERAL
OAG@OAG.STATE.MD.US

STATE OF MISSOURI OFFICE OF THE ATTORNEY GENERAL
CONSUMER.HELP@AGO.MO.GOV

STATE OF MONTANA OFFICE OF THE ATTORNEY GENERAL
CONTACTDOJ@MT.GOV

STATE OF NEW HAMPSHIRE OFFICE OF THE ATTORNEY GENERAL
ATTORNEYGENERAL@DOJ.NH.GOV

STATE OF NORTH DAKOTA OFFICE OF THE ATTORNEY GENERAL
NDAG@ND.GOV

STATE OF OKLAHOMA OFFICE OF THE ATTORNEY GENERAL
QUESTIONS@OAG.OK.GOV

STATE OF OREGON OFFICE OF THE ATTORNEY GENERAL
ATTORNEYGENERAL@DOJ.STATE.OR.US

STATE OF RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL
AG@RIAG.RI.GOV

STATE OF UTAH
OFFICE OF THE ATTORNEY GENERAL, SEAN D. REYES
UAG@UTAH.GOV

STATE OF VERMONT OFFICE OF THE ATTORNEY GENERAL
AGO.INFO@VERMONT.GOV

STATE OF WEST VIRGINIA OFFICE OF THE ATTORNEY GENERAL
CONSUMER@WVAGO.GOV

THE COUNTY OF COMAL, TEXAS
C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
ATTN: JULIE ANNE PARSONS
JULIE.PARSONS@MVBALAW.COM
JPARSONS@MVBALAW.COM

THE DEATON LAW FIRM
ATTN: JOHN E. DEATON
ALL-DEATON@DEATONLAWFIRM.COM

THE FERRARO LAW FIRM, P.A.

ATTN: JAMES L. FERRARO
JLF@FERRAROLAW.COM

THE GORI LAW FIRM, P.C.
ATTN: SARA M. SALGER
SARA@GORILAW.COM

THE LAW OFFICES OF KAPUSTA & SCHWEERS LLC
ATTN: CORI J. KAPUSTA
KAPUSTA@KSLAWPGH.COM

THORNTON LAW FIRM ATTN: MICHAEL THORNTON
MTHORNTON@TENLAW.COM
TOM GREEN CAD
DALLAS.BANKRUPTCY@LGBS.COM

UNION PACIFIC RAILROAD COMPANY
ATTN: CHRISTINE A NEUHARTH
CANEUHAR@UP.COM

US ATTORNEY'S OFFICE FOR THE SOUTHERN DISTRICT OF TEXAS
ATTN: JENNIFER LOWERY
USATXS.ATTY@USDOJ.GOV

UNITED STATES DEPARTMENT OF THE INTERIOR ENVIRONMENT AND NATURAL
RESOURCES DIVISION - ENVIRONMENTAL ENFORCEMENT SECTION
KAYCI.HINES@USDOJ.GOV

WATERS KRAUS & PAUL
ATTN: PETER KRAUS
KRAUS@WATERSKRAUS.COM

WEITZ & LUXENBERG, P.C.
ATTN: PERRY WEITZ
PWEITZ@WEITZLUX.COM

WESTERN STATES EQUIPMENT COMPANY
ATTN: BAILEY GRIFFITH
BAILEY.GRIFFITH@WSECO.COM

WORTHINGTON AND CARON, P.C.
ATTN: JOHN M. CARON
JOHN@WORTHINGTONCARON.COM

65392041 v1