Case 23-90794   Document 1132   Filed in TXSB on 09/30/24   Page 1 of 1

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
September 30, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re BARRETTS MINERALS INC., *et al.*, § <br> § <br> Debtors. § <br> § <br> § <br> OFFICIAL COMMITTEE OF § <br> UNSECURED CREDITORS, § <br> § <br> § <br> Appellant. | CIVIL ACTION NO. 4:23-CV-4788 <br><br> BANKRUPTCY CASE NO. 23-90794 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This bankruptcy appeal comes to the Court by way of a motion for leave to appeal an interlocutory order denying a motion to transfer venue. (Dkt. 2). The record in the bankruptcy court indicates that the parties are currently engaged in a lengthy mediation process that is slated to continue until at least October 29, 2024. *See* Southern District of Texas bankruptcy case number 23-90794 at docket entry 1075. Accordingly, the motion for leave to appeal the bankruptcy court's interlocutory order (Dkt. 2) is **DENIED** without prejudice to being reasserted if the parties' mediation is unsuccessful. This appeal is similarly **DISMISSED** without prejudice to being reasserted if the parties' mediation is unsuccessful, and this civil matter is **CLOSED**.

SIGNED at Houston, Texas on September 30, 2024.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE