IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---------------------------------------------------------------x
In re:

BMI OLDCO INC., *et al.*,[1]

                    Debtors.

---------------------------------------------------------------x

Chapter 11

Case No. 23-90794 (MI)

(Jointly Administered)

### THIRD SUPPLEMENTAL DECLARATION OF KEVIN C. MACLAY REGARDING CAPLIN & DRYSDALE, CHARTERED RATE INCREASE

Kevin C. Maclay, pursuant to 28 U.S.C. § 1746, declares as follows:

1.    I am a member of Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"), special counsel to the Official Committee of Unsecured Creditors in the jointly administered chapter 11 proceedings of Barretts Minerals Inc., *et al*. I respectfully submit this declaration to provide notice of the increase of the hourly rates of certain professionals pursuant to the *Order Authorizing the Retention and Employment of Caplin & Drysdale, Chartered as Special Counsel to the Official Committee of Unsecured Creditors, Effective* Nunc Pro Tunc *as of October 31, 2023* [Dkt. No. 508].

2.    In my sworn declaration accompanying the *Application of the Official Committee of Unsecured Creditors to Retain and Employ Caplin & Drysdale, Chartered as Special Counsel, Effective* Nunc Pro Tunc *as of October 31, 2023* [Dkt. No. 371-1], I disclosed Caplin & Drysdale's standard billing rates in effect as of January 1, 2023, which were based on its professionals' and paraprofessionals' levels of experience. I also disclosed that Caplin & Drysdale's hourly billing

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Barretts Minerals Inc. (f/k/a Barretts Minerals Inc.) (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, Irving, Texas 75038.

rates are subject to periodic review and adjustment, and that Caplin & Drysdale typically revises the hourly billing rates of professionals and paraprofessionals on January 1st of each year.

3.  In my sworn supplemental declaration, the *Supplemental Declaration of Kevin C. Maclay Regarding Caplin & Drysdale, Chartered Rate Increase* [Dkt. No. 447], I disclosed Caplin & Drysdale's standard billing rates in effect as of January 1, 2024, which were based on its professionals' and paraprofessionals' levels of experience.

4.  In my sworn supplemental declaration, the *Second Supplemental Declaration of Kevin C. Maclay Regarding Caplin & Drysdale, Chartered Rate Increase* [Docket No. 1218] ("**Second Supplemental Declaration**"), I disclosed Caplin & Drysdale's standard billing rates in effect as of January 1, 2025, which were based on its professionals' and paraprofessionals' levels of experience.

5.  Pursuant to Caplin & Drysdale's typical practice, effective as of January 1, 2026, the standard hourly billing rates charged by Caplin & Drysdale's complex litigation and bankruptcy groups, for work of this nature both inside and outside the bankruptcy context, for professionals and paraprofessionals will increase as set forth in the table below, which reflects the rates set forth in my sworn Second Supplemental Declaration, as well as the rates that will be effective January 1, 2026.

| PROFESSIONAL | POSITION | HOURLY RATE EFFECTIVE JANUARY 1, 2025[2] | HOURLY RATE EFFECTIVE JANUARY 1, 2026 |
|---|---|---|---|
| Kevin C. Maclay | Member | $1,970 | $2,175 |
| Todd E. Phillips | Member | $1,455 | $1,625 |
| James P. Wehner | Member | $1,520 | $1,700 |
| Jeffrey A. Liesemer | Member | $1,520 | $1,700 |
| Kevin M. Davis | Member | $1,045 | $1,235 |

---

[2] Jack D. Solano and Alec G. Schwartz were not listed in the Second Supplemental Declaration because they joined Caplin & Drysdale after the Second Supplemental Declaration was filed. Nonetheless, their hourly rates effective as of January 1, 2025, are listed.

| PROFESSIONAL | POSITION | HOURLY RATE EFFECTIVE JANUARY 1, 2025[2] | HOURLY RATE EFFECTIVE JANUARY 1, 2026 |
|---|---|---|---|
| Serafina A. Concannon | Member | $1,005 | $1,190 |
| Q. Monty Crawford | Member | $1,120 | $1,325 |
| Katelin C. Zendeh | Member | $760 | $900 |
| Ann C. McMillan | Senior Counsel | $1,200 | $1,295 |
| Jeanna M. Rickards Koski | Of Counsel | $955 | $1,080 |
| Nathaniel R. Miller | Of Counsel | $810 | $915 |
| Lucas H. Self | Of Counsel | $810 | $915 |
| Shahriar M. Raafi | Of Counsel | $760 | $860 |
| Wendy J. Barnett | Associate | $715 | $810 |
| Jack D. Solano | Associate | $625 | $710 |
| Allegra N. Kauffman | Associate | $665 | $755 |
| Allison M. Scoggin | Associate | $625 | $710 |
| Matthew E. Beckerman | Associate | $550 | $625 |
| Ariel K. Hayes | Associate | $550 | $625 |
| Alec G. Schwartz | Associate | $550 | $625 |
| Olivia H. Rosenzweig | Associate | $525 | $595 |
| Cecilia Guerrero | Senior Paralegal | $595 | $675 |
| Jessica A. Giglio | Senior Paralegal | $595 | $675 |
| Rachael L. Davis | Paralegal | $525 | $595 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 17, 2025                    By: /s/ Kevin C. Maclay
                                                Kevin C. Maclay