IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| BMI OLDCO INC., *et al.*,[1] | : | Case No. 23-90794 (MI) |
| | : | |
| Debtors. | : | Jointly Administered |

---

### NINTH SUPPLEMENTAL DECLARATION OF SANDER L. ESSERMAN
[Related to Docket No. 126, 448, 760, 984, 1082, 1164, 1219, 1332, 1562]

1. Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Sander L. Esserman declares:

2. I am a shareholder of the law firm Stutzman, Bromberg, Esserman & Plifka, A Professional Corporation ("**SBEP**" or "**Firm**"), and I am authorized to make this Declaration on behalf of the Firm.

3. This Ninth Supplemental Declaration is being provided in support of the Debtors' Motion for Entry of an Order Appointing Sander L. Esserman as Legal Representative for Future Talc Personal Injury Claimants, *Nunc Pro Tunc* to the Petition Date [D.I. 126] (the "**Motion**") and pursuant to Federal Rules of Bankruptcy Procedure 2016(a) and 2014(a). An order appointing me as the Future Claimants' Representative was entered on November 20, 2023 [D.I. 307] (the "**Appointment Order**"). Except as otherwise indicated herein, I have personal knowledge of the matters set forth herein, and, if called as a witness, would testify competently thereto.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: BMI Oldco Inc. (f/k/a Barretts Minerals Inc.) (8715) and Barretts Ventures Texas LLC (0787). The Debtors' address is 5605 North MacArthur Boulevard, Suite 1000, PMB 139, Irving, Texas 75038.

4. On December 15, 2023, SBEP filed the *First Supplemental Declaration of Sander L. Esserman* (D.I. 448).

5. On March 21, 2024, SBEP filed the *Second Supplemental Declaration of Sander L. Esserman* (D.I. 760).

6. On June 21, 2024, SBEP filed the *Third Supplemental Declaration of Sander L. Esserman* (D.I. 984).

7. On August 21, 2024, SBEP filed the *Fourth Supplemental Declaration of Sander L. Esserman* (D.I. 1082).

8. On October 28, 2024, SBEP filed the *Fifth Supplemental Declaration of Sander L. Esserman* (D.I. 1164).

9. On December 16, 2024, SBEP filed the *Sixth Supplemental Declaration of Sander L. Esserman* (D.I. 1219).

10. On March 25, 2025, SBEP filed the *Seventh Supplemental Declaration of Sander L. Esserman* (D.I. 1332).

11. On June 24, 2025, SBEP filed the *Eighth Supplemental Declaration of Sander L. Esserman* (D.I. 1562).

12. SBEP will periodically review its files during the pendency of this case to ensure that no conflicts or disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, SBEP will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration as required by Bankruptcy Rule 2014(a).

13. Except as specifically disclosed in the initial declaration and all subsequent supplemental declarations, to the best of my knowledge, SBEP does not have any connection with

- 3 -

the above-captioned Debtor, its creditors, or any other parties in interest, or their respective attorneys and accountants, or the United States Trustee or any person employed in the office of the United States Trustee.

14. This supplemental declaration provides notice of changes to the hourly billing rates of Stutzman, Bromberg, Esserman & Plifka, P.C. effective as of January 1, 2026. Pursuant to the Appointment Order, parties in interest shall have 10 days to file a written objection to the rate changes set forth below:

[remainder of page intentionally left blank]

- 4 -

| Professional | 2025 Rate | 2026 Rate |
|---|---|---|
| Sander L. Esserman | $1,200 | $1,300 |
| Steven A. Felsenthal | $975 | $975 |
| Peter C. D'Apice | $850 | $890 |
| Cliff Taylor | $800 | $900 |
| Clint Taylor | $795 | $845 |
| Briana L. Cioni | $725 | $775 |
| Heather J. Panko | $725 | $775 |
| David J. Parsons | $725 | $725 |
| Andrea L. Ducayet | $685 | $715 |
| David A. Klingler | $650 | $675 |
| Ian K. Miller | $500 | $550 |
| E. William Harris | $405 | $425 |
| Alexandrea Elkins (Paralegal) | $385 | $400 |
| Cindy Jeffery (Paralegal) | $385 | $400 |
| Monica Moore (Paralegal) | $385 | $400 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2025, in Dallas, Texas.

/s/ *Sander L. Esserman*
Sander L. Esserman
Future Claimants' Representative

- 5 -

**CERTIFICATE OF SERVICE**

    I certify that on December 19, 2025, I caused a true and correct copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on those parties registered to receive electronic notices.

                                              */s/ Peter C. D'Apice*
                                                Peter C. D'Apice